# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KATE REID and MEGAN HEENEY, ) | |
| As Next Friends G.S.A.Y., et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | Case number 4:12cv1342 TCM |
| ) | |
| THE DOE RUN RESOURCES ) | |
| CORPORATION, et al., ) | |
| ) | |
|     Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' joint motion to stay [Doc. 30].

By this motion, Defendants seek a stay of this proceeding until the United States Court of Appeals for the Eighth Circuit issues a mandate in a currently pending appeal, Sr. Kate Reid, et al., v. Doe Run Resources Corp., et al., No. 12-1065 (8th Cir. filed Jan. 6, 2012). Defendants report that appeal is scheduled for oral argument on September 19, 2012; and that appeal may resolve an issue significant to the motion to remand now pending before the Court in this case. Due to "[t]he uncertainty of jurisdiction pending the outcome of the Eighth Circuit appeal," and the possibility that this proceeding may be either dismissed or stayed for international arbitration due to the disposition of that appeal, the Court will grant Defendants' joint motion for stay.

Accordingly,

**IT IS HEREBY ORDERED** that individual Defendants' motion to stay [Doc. 30] is **GRANTED** so as to stay further proceedings in this Court, including the filing of Defendants' answer or other responsive pleading and Defendants' response to Plaintiffs' motion to remand,

until after issuance of the Eighth Circuit's mandate in appeal no. 12-1065.

**IT IS FURTHER ORDERED** that, within five days of the date the Eighth Circuit issues its mandate in appeal no. 12-1065, the parties shall notify this Court of the issuance of that mandate.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of September, 2012.